**HOM HING SANG, Appellant, v. John D. NAGLE, as Commissioner of Immigration for the Port of San Francisco, California, Appellee.**

No. 6640.

Circuit Court of Appeals, Ninth Circuit.

March 28, 1932.

Before WILBUR and SAWTELLE, Circuit Judges, and ST. SURE, District Judge.

PER CURIAM.

Upon motion of counsel for appellant, ordered appeal dismissed; mandate forthwith.